IN THE UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER M. BONUTTI M.D., et al, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 25-cv-2320 |
| ) | |
| DOEHRING WINDERS & CO., LLP, ) | Hon. Colin Bruce |
| Et al, ) | Mag. Judge Eric I. Long |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE  
REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants Doehring Winders & Co. LLP, Steven Wente and Jeffrey Spracklen (collectively "DW"), by their undersigned attorneys, pursuant to Local Rule 7.1(B)(3), state as follows:

1. On December 5, 2025, Plaintiffs filed their Complaint. The 27-page Complaint comprises 129 paragraphs and alleges three causes of action: negligence, breach of fiduciary duty, and violation of the Illinois Consumer Fraud Act.

2. On December 29, 2025, Defendants filed a 12(b)(6) Motion to Dismiss. The Memorandum in support of their motion was 6,157 words long. The motion argued that Plaintiffs' claims are barred by the statute of limitations and the statute of repose. In the alternative, the motion argued that Plaintiffs had failed to state any claims for certain of the alleged injuries, and that Plaintiffs had failed to state claims for breach of fiduciary duty and consumer fraud (for any injuries).

3. On January 6, Plaintiffs filed their Opposition to the motion. The Opposition is 6,939 words long—just under the permitted length of 7,000 words.

4.  Defendants request leave to file a reply brief, which is attached to this motion. The purpose of the brief is not to restate points made in the opening Memorandum, but rather to respond to the most notable arguments asserted in the Opposition.

5.  Defendants have limited their proposed reply to 5 pages (not counting the conclusion) in view of this Court's Local Rule 7.1(D)(3) and (5) pertaining to summary judgment motions, which permits movants to file a reply as of right but limits the argument section of such replies to 5 pages.

6.  Although Defendants' motion is not a summary judgment motion, it is similar to such a motion in that it is a dispositive motion that seeks to dismiss Plaintiffs' complaint and end this case. Accordingly, the summary judgment rule serves as a useful guide regarding the appropriate length of a reply brief.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request leave to file the attached reply in support of their 12(b)(6) motion to dismiss.

Dated this 13th day of January, 2026            Respectfully submitted,

                                                */s/ Thomas F. Falkenberg*
                                                Attorney for Defendants

Thomas F. Falkenberg
Falkenberg Ives LLP
230 W. Monroe St., Suite 2220
Chicago, IL 60606
(312) 566-4801
tff@falkenbergives.com