UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| PETER M. BONUTTI, M.D., et al ) ) ) Plaintiff, ) v. ) ) DOEHRING WINDERS & CO., LLP; ) JEFFREY SPRACKLEN, CPA, ) STEVEN M. WENTE, CPA, ) Defendant. ) | Case No. 25-cv-2320 |

## REPORT OF RULE 26(f) PLANNING MEETING

Plaintiffs being represented by Alexander Loftus and Defendants being represented by Thomas Falkenberg, counsel met on January 14, 2026 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates upon which counsel have agreed.

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by February 20, 2026.

2. The deadline for amendment of pleadings is _July 1, 2026.

3. The deadline for joining additional parties is July 1, 2026.

4. Plaintiff shall disclose experts and provide expert reports by January 15, 2027. Plaintiff shall make any such experts available for deposition by February 26, 2027.

5. Defendant shall disclose experts and provide expert reports by March 15, 2027. Defendant shall make any such experts available for deposition by April 30, 2027.

6. All discovery, including deposition of experts, is to be completed by May 14, 2027.

8. The deadline for filing case dispositive motions shall be June 30, 2027.

| | |
|---|---|
| PETER M. BONUTTI, M.D., | DOEHRING WINDERS & CO. et al, |
| et al, Plaintiffs | Defendants |
| BY: __/s/*Alexander Loftus*____ | BY: ___/s/*Thomas Falkenberg* |
| Alexander N. Loftus | Thomas F. Falkenberg |
| LOFTUS & EISENBERG, LTD. | FALKENBERG IVES LLP |
| 181 West Madison Street, Suite 4700 | 230 W Monroe Street, Suite 2220 |
| Chicago, Illinois 60601 | Chicago, IL 60606 |
| Email: alex@loftusandeisenberg.com | Email: tff@falkenbergives.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

       I hereby certify that on January 14, 2026, I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Thomas F. Falkenberg
FALKENBERG IVES LLP
230 W Monroe Street, Suite 2220
Chicago, IL 60606
Email: tff@falkenbergives.com

                                                 s/ *Alexander Loftus*